Order entered November 1, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00257-CV

## IN THE MATTER OF THE MARRIAGE OF MALCOLM AND SASKIA DAVIS

On Appeal from the 303rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. 08-07413

## ORDER

The Court has before it appellant's October 29, 2012 first motion for extension of time to file his brief on appeal. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by November 5, 2012.

MOLLY FRANCIS
JUSTICE